LOUP CITY TP., SHERMAN COUNTY, NEB., v. NATIONAL LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. May 12, 1902.) No. 1,675. In Error to the Circuit Court of the United States for the District of Nebraska. Frank H. Gaines, John A. Storey, and James E. Kelby, for plaintiff in error. S. L. Geisthardt, for defendant in error. No opinion. Affirmed, with costs.

McCLAIN, Collector of Internal Revenue, v. PENNSYLVANIA WAREHOUSING & SAFE DEPOSIT CO. (Circuit Court of Appeals, Third Circuit. May 5, 1902.) No. 14. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. J. Whitaker Thompson and James B. Holland, for plaintiff in error. Joseph H. Taulane, for defendant in error. Before ACHESON, DALLAS, and GRAY, Circuit Judges.

PER CURIAM. Upon the opinion this day filed in the case of McClain v. Warehouse Co., 115 Fed. 295, the judgment of the circuit court in this case is affirmed.

McKAY et al. v. UNITED STATES ex rel. STOUT. (Circuit Court of Appeals, Ninth Circuit. May 16, 1902.) No. 724. Appeal from the District Court of the United States for the District of Alaska, Second Division. Jackson, Pittman & Fink, W. T. Hume, Jas. E. Fenton, P. C. Sullivan, and Samuel Knight, for appellants. C. S. Johnson, for appellee. Appeal dismissed upon motion of counsel for the appellants.

MILNER v. BRACKEN et al. (Circuit Court of Appeals, Eighth Circuit. March 8, 1902.) No. 1,630. In Error to the Circuit Court of the United States for the Western District of Missouri. Frank S. Heffernan, for plaintiff in error. J. T. White and J. P. McCammon, for defendants in error. Dismissed, with costs, on motion of defendants in error. See (C. C.) 104 Fed. 522.

OLCOTT v. CARTWRIGHT et al. (Circuit Court of Appeals, Fifth Circuit. May 20, 1902.) No. 1,022. In Error to the Circuit Court of the United States for the Northern District of Texas. T. D. Cobbs, for plaintiff in error. S. R. Frost, R. S. Neblett, M. L. Crawford, and W. L. Crawford, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After an attentive and careful examination of the voluminous transcript, and full consideration of the many assigned errors in the proceedings on the trial in the circuit court, aided by full oral argument and able and exhaustive briefs, we are constrained to hold that none of the errors assigned are well taken, and that on the face of the record there is no plain reversible error. The judgment of the circuit court is affirmed.